JS-6

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| Francisco R. Moreno and Maria C. Moreno, | Case No.: 8:17-cv-00579-DFM |
| Plaintiffs, | *Assigned for all purposes to*<br>*Hon. Douglas F. McCormick, Ctrm. 6B.* |
| vs. | [PROPOSED] ORDER ON STIPULATION<br>OF THE PARTIES TO VOLUTARILY<br>REMAND THE ACTION TO STATE<br>COURT. |
| PNC Mortgage, a division of PNC Bank, National Association, Clear Recon Corp, and Does 1-50, inclusive | |
| Defendants. | |

Pursuant to the Stipulation to Voluntarily Remand the Action To State Court (the "Stipulation")

filed by Plaintiffs Francisco R. Moreno and Maria C. Moreno ("Plaintiffs"), and Defendants

PNC Mortgage, a division of PNC Bank, National Association and Clear Recon Corp,

("Defendants"), by and through their respective counsel, and finding good cause appearing, the

Court makes the following order:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Action, case number Case No:

8:17-cv-00579-DFM, is REMANDED to the Orange County Superior Court.

Dated: April __19__, 2017 _____

Honorable Douglas F. McCormick
U.S. Magistrate Court Judge

2715392.1